# UNITED STATES DISTRICT COURT

for the

Western District of Arkansas

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) |
| Audrey Lavell Tatum | ) Case No:   1:09CR10014-001 |
| | ) USM No:   06782-010 |
| Date of Original Judgment:        February 18, 2011 | ) |
| Date of Previous Amended Judgment:  N/A | ) Allen P. Roberts |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of   X the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

X DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

U.S. DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

**NOV 28 2012**

CHRIS R. JOHNSON, Clerk
By
Deputy Clerk

Except as otherwise provided, all provisions of the judgment dated   February 18, 2011   shall remain in effect.
**IT IS SO ORDERED.**

Order Date:   11/28/12

_____
*Judge's signature*

Effective Date: _____
*(if different from order date)*

HARRY F. BARNES
*Printed name and title*

District Judge (Senior)