# UNITED STATES DISTRICT COURT
for the

Western District of Arkansas

United States of America
v.

AUDREY LAVELL TATUM

Case No: 1:09CR10014-001

USM No: 06782-010

Date of Original Judgment: February 18, 2011
Date of Previous Amended Judgment:
*(Use Date of Last Amended Judgment if Any)*

Bruce D. Eddy
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(1)(B)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(1)(B) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by Section 404 of the First Step Act of 2018, and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 262 months **is reduced to** 188 months and 10 years of supervised release **is reduced to** 8 years of supervised release.
*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 02/18/2011 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: March 25, 2020

/s/ Susan O. Hickey
*Judge's signature*

Effective Date:
*(if different from order date)*

Honorable Susan O. Hickey, Chief U.S. District Judge
*Printed name and title*