IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

UNITED STATES OF AMERICA PLAINTIFF

v. Case No. 1:09CR10014-001

AUDREY LAVELL TATUM DEFENDANT

# ORDER

Before the Court is Defendant Audrey Tatum's Motion for Early Termination of Supervised Release. ECF No. 110. The government has not filed a response in opposition, and the time to respond has passed. Thus, the matter is ripe for consideration by the Court.

On February 18, 2011, Defendant was sentenced to a term of two hundred sixty-two (262) months for the offense of Distribution of Crack Cocaine. *See* 21 U.S.C. §§ 841(a)(1), (b)(1)(B)(iii). This sentence was followed by ten (10) years of supervised release. In 2020, on motion by Defendant, the Court reduced the sentence to one-hundred and eighty-eight (188) months imprisonment, followed by eight (8) years of supervised release. ECF No. 86. On May 16, 2022, Defendant began his term of supervised release.

On February 2, 2024, Defendant filed his initial Motion for Early Termination of Supervised Release. ECF No. 107. The Court denied that motion. ECF No. 109.

On September 10, 2026, Defendant filed the instant motion. ECF No. 110. Defendant requests early termination of his supervised release, citing his good behavior while on supervised release; his steady full-time employment while on supervised release; and maintaining a residence in Camden, Arkansas, during his supervision. He has worked towards fostering closer relationships with his children.

The United States Probation Office ("USPO") has notified the Court that Defendant has complied with all conditions of supervised release, maintained full-time employment throughout his term of supervision, complied with drug testing, and maintained his sobriety.

A district court may terminate supervised release "if it is satisfied that such action is warranted by conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e)(1). In making its determination, the Court must consider factors set forth under 18 U.S.C. § 3553(a), to the extent they are applicable. Section 3553(a) factors include, among others, the nature and circumstances of the offense, the history and characteristics of the defendant, and the need to provide the defendant with correctional treatment in the most efficient manner.

The Court finds that, after consideration of the above-referenced factors, the instant motion should be and hereby is **GRANTED** based upon Defendant's exemplary conduct while on supervised release and the interests of justice. ECF No. 110. Accordingly, Defendant's term of supervised release is terminated.

**IT IS SO ORDERED**, this 28th day of September, 2026.

/s/ Susan O. Hickey
Susan O. Hickey
Senior United States District Judge